## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TERESA M. WILLETT**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:25-CV-00107-BSM**

**SOCIAL SECURITY ADMINISTRATION**
Commissioner                                                                   **DEFENDANT**

## ORDER

United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc.

No. 8] is adopted and the Commissioner's motion to dismiss [Doc. No. 5] is granted.  Teresa

Willett's complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE