**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TERESA M. WILLETT**                                                     **PLAINTIFF**

**v.**                               **CASE NO. 3:25-CV-00107-BSM**

**SOCIAL SECURITY ADMINISTRATION**
Commissioner                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE